Bernard T. King
Charles E. Blitman*
Jennifer A. Clark
Kenneth L. Wagner
Timothy R. Bauman
Nathaniel G. Lambright
Daniel E. Kornfeld◊◻
Daniel R. Brice*
Brian J. LaClair
Bryan T. Arnault*◻
Nolan J. Lafler

Benjamin M. Burdick
Robert L. Menard
Matthew T. Tokarsky◊◻**
F. Wesley Turner
―――
*Of Counsel*
James R. LaVaute
Jules L. Smith
Donald D. Oliver

** Also admitted in NJ
◻ Also admitted in PA
◊ Also admitted in DC
* Also admitted in MA
◻ Also admitted in MD

# Blitman & King LLP

Attorneys and Counselors at Law

Syracuse • Rochester • New York • Albany

*bklawyers.com*

Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204
Phone: 315.422.7111
Fax: 315.471.2623

Kelly L. Cook, CEBS
Marlene G. Naistadt, MBA
Rachel Stolar, CEBS
―――
Nathan H. Blitman
(1909-1990)

April 26, 2023

**<u>VIA CM/ECF</u>**

Honorable Leslie G. Foschio
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

    Re:    **Metzgar,** *et al.* **v. U.A. Plumbers and Steamfitters Local No. 22 Pension Fund,** *et al.*
            **Case No.: 1:17-cv-00726 (JLS/LGF) ("Metzgar II")**

            **Status Update**

Dear Magistrate Judge Foschio:

       On behalf of Defendants, we submit this letter in response to the Court's April 21, 2023, Text Order. In that Order Your Honor requested a status report regarding issues remaining unresolved in Metzgar II (17-CV-726) in light of the denial of Certiorari in Metzgar I (13-CV-85). Of the seven Causes of Action in the Metzgar II action only three survive, as follows:

       4th Cause of Action – "Interference with Protected Rights, ERISA Section 410." Plaintiffs claim that in settlement negotiations they were allegedly refused settlement of the Fund's recoupment claims on the same terms as were other early retirees who continued their employment. Thus, at issue is what offers, if any, were made during settlement discussions.

       5th Cause of Action – "Liability for Breach of Fiduciary Duty, ERISA 409(a)." Plaintiffs claim that in granting them the early pension benefits they sought Defendant Trustees breached fiduciary duties owed to the Fund. (The pensions were all granted between 2002 and 2009).

       6th Cause of Action – Declaratory Relief. (This cause of action is duplicative of the other causes of action.)

{B0320056.1}



Hon. Leslie G. Foschio
April 26, 2023
Page 2

      The Causes of Action in Metzgar II that are barred by the decision in Metzgar I are the First, Second, Third and Seventh.  As to the First, Second, and Third claims, all are based on Plaintiffs' original challenge against the Defendant Trustees' 2011 determination that Plaintiffs were not entitled to early pensions because they never stopped working.  Plaintiffs' claims in Metzgar II—as in Metzgar I— are that the Trustees' determination violated the ERISA anti-cutback rule, ERISA 204(g)(1st C/A); was a wrongful denial of benefits, ERISA 502(a)(1)(B) (2nd C/A); and constituted a breach of the Trustees' fiduciary duty, ERISA 502(a)(3) (3rd C/A).  This Court, affirmed by the Second Circuit Court of Appeals, dismissed these same claims in Metzgar I, finding that the Trustees' determination was permissible under applicable law and the Plan document. The Supreme Court then denied Plaintiffs' Petition for a Writ of Certiorari.  As a result, the First, Second, and Third Causes of Action are all barred by res judicata.

      In the Seventh Cause of Action in Metzgar II, Plaintiffs seeks a preliminary injunction stopping Defendants' reduction of Plaintiffs' monthly pension benefits initiated in order to recover the mistaken pension payments made to them.  Plaintiffs made the same motion for a preliminary injunction in Metzgar I.  This Court denied Plaintiffs' motion; the Second Circuit affirmed; and Certiorari was denied.  Thus, the Seventh Cause of Action is also barred by res judicata.

      Thank you for your consideration.

                                                    Respectfully submitted,

                                                    BLITMAN & KING, LLP

                                                    Daniel R. Brice

DRB:ppn

cc:      Christen Archer Pierrot, Esq. (*via CM/ECF*)

{B0320056.1}