UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY METZGAR, RICHARD MUELLER, SHERWOOD NOBLE, DANIEL O'CALLAGHAN, CHARLES PUGLIA, KEVIN REAGAN, and RONALD REAGAN,<br><br>Plaintiffs,<br><br>– against –<br><br>U.A. PLUMBERS & STEAMFITTERS LOCAL 22 PENSION FUND, BOARD OF TRUSTEES U.A. PLUMBERS & STEAMFITTERS LOCAL 22 PENSION FUND, E. MICHAEL REDMOND, in his capacity as a former administrator and fiduciary of the U.A. PLUMBERS & STEAMFITTERS LOCAL 22 PENSION FUND, and DEBRA KORPOLINSKI, in her capacity as Plan Administrator and fiduciary of the U.A. PLUMBERS & STEAMFITTERS LOCAL 22 PENSION FUND.<br><br>Defendants. | STIPULATION TO DISCONTINUE<br><br>Civil Action No. 1:17-cv-00726 (JLS/LGF) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all cross claims and counterclaims, be and the same hereby is discontinued, with prejudice, without costs to either party as against the other as each party will bear his or its own costs and attorneys' fees.

Dated: August 29, 2023

| | |
|---|---|
| **Kantor & Kantor, LLP** | **Blitman & King LLP** |
| _____/s Elizabeth Hopkins, Esq._____ | _____/s Jules L. Smith, Esq._____ |
| Elizabeth Hopkins, Esq. | Jules L. Smith, Esq. |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Office and Post Office Address | Office and Post Office Address |
| 19839 Nordhoff Street | The Powers Building, Suite 500 |
| Northridge, California  91324 | 16 West Main Street |
| Telephone: (818) 886-2525 | Rochester, New York  14614 |
| Email Address: ehopkins@kantorlaw.net | Telephone: (585) 341-3130 |
| | Email: jlsmith@bklawyers.com |

{B0336048.1}

    */s Christen Archer Pierrot, Esq.*
Christen Archer Pierrot, Esq.
Attorney For Plaintiffs
3959 N. Buffalo Rd., Suite 33
Orchard Park, New York  14127
Telephone: (716) 553-9899
Email address:  cap@archerpierrot.com

**SO ORDERED:**

_____
Honorable John L. Sinatra, Jr.
United States District Court Judge

Dated:_____

{B0336048.1}